AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S. MARSHALS RECEIVED MAY 18 2017 SAN ANTONIO, TX ENFORCEMENT SECTION

FILED JUL 13 2017 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL GARZA | ) | Case No. SA-17-CR-391-XR-(9) |
| a/k/a YOGI | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      DANIEL GARZA, a/k/a YOGI,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1951 - Conspiracy to Interfere with Commerce by threats or violence; 21:846,841(a)(1)&(b)(1)(B)-Conspiracy to distribute a Controlled Substance; 21:841(a)(1)&841(b)(1)(B) and 18:2 - Aiding and Abetting the possesion with intent to distribute a controlled substance which offense involved 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine; 18:924(c)(1)(A)(iii)- Using, Carrying and Discharging Firearms during and in relation to a drug trafficking crime.

Date: 05/18/2017                       *Issuing officer's signature*

City and state: SAN ANTONIO, TEXAS        Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5.18.17, and the person was arrested on *(date)* 5.19.17
at *(city and state)* San Antonio, TX.

Date: 6.23.17             FBI
*Arresting officer's signature*

by Charla Mora, USMS IRS
*Printed name and title*