# In the United States District Court
# for the Western District of Texas
# San Antonio Division

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| v. | § | No.: 5:17-cr-00391-XR-9 |
| | § | |
| **Daniel Garza** | § | |

## Defendant's Motion to Continue Motions Hearing

Comes now John Fahle, Attorney for the Defendant, and respectfully files this motion to continue or cancel the pretrial motions hearing set for March 19, 2018, and as grounds therefore would respectfully show the Court the following:

Counsel is currently scheduled for surgery on March 19, 2018, at 6:00 a.m.. Counsel does not wish to broadcast his health information in a public forum, but will gladly provide further information or documentation to the Court upon request.

Counsel has not filed any pretrial motions on Defendant Garza's behalf, and does not believe any are necessary in this case.

The above premises considered, Counsel respectfully requests that the Court either continue or cancel the March 19, 2018 hearing as to his client.

Respectfully,

/s/ John Fahle
SBN 007840431
1502 S. Flores Ste. 206

> San Antonio, Texas 78204
> 210.884.9291
> Jfahle3@aol.com
> *Attorney for the Defendant,*
> *Daniel Garza*

## Certificate of Service

    I hereby certify that the above motion was filed using this Court's CM/ECF system on March 7, 2018, and that AUSA Christina Playton, attorney for the Government, is a subscriber to that system and will be served by that system.

                                             /s/ John Fahle

# In the United States District Court
## for the Western District of Texas
## San Antonio Division

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **v.** | § | No.: 5:17-cr-00391-XR-9 |
| | § | |
| **Daniel Garza** | § | |

### Order on Defendant's Motion to Continue Motions Hearing

Came on for consideration the Defendant Daniel Garza's Motion to Continue or Cancel Motions Hearing, currently scheduled for March 19, 2018. After considering the Motion, this Court is off the opinion that it should be, and hereby is,

GRANTED          DENIED.

The hearing is therefore CANCELLED/CONTINUED as to Defendant Daniel Garza, until _____, 2019, at _____:_____ __.m..

_____
Hon. Xavier Rodriguez
United States District Judge